UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

JULIO LOZANO PIRATEQUE,

                            Defendant.
-------------------------------------------------------------X

10 CR 288 (ILG)

NOTICE OF APPEARANCE

SIR OR MADAM:

        PLEASE TAKE NOTICE that Elba Carolina Melendez, an attorney admitted to practice law before this Court, hereby appears as co-counsel of record for Julio Lozano Pirateque.

                                                   Respectfully submitted,

                                                   Elba Carolina Melendez
                                                 Attorney at Law
                                                 123 West 94th Street
                                                 New York, New York 10025
                                                 Tel: (917)331-2725
                                                 Fax: (212) 504-8341
                                                 Email: elba@schachtlaw.net

Dated: August 18, 2015